Mandana Jafarinejad SBN 273904
Law Offices of Mandana Jafarinejad, P.C.
1 Park Plaza
Suite 600
Irvine, CA 92614
Telephone: (949) 833-7125

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNY PHAN, an individual; and GEORGE SAMAHA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NAYAX, LTD., an Israeli corporation; NAYAX, LLC, a Maryland limited liability company, and DOE 1 through DOE 10, inclusive,<br><br>Defendants | Case No. 8:24-cv-00061-MCS-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:[1] March 5, 2024<br>Current Response Date: March 26, 2024<br>New Response Date: April 25, 2024 |

Plaintiffs KENNY PHAN, an individual; and GEORGE SAMAHA, an individual, (hereinafter “Plaintiffs”) and Defendants NAYAX, LTD., an Israeli corporation; NAYAX, LLC, a Maryland limited liability company, (hereinafter “Defendants” and collectively “Parties”), by and through their respective counsel in this case, hereby stipulate the following pursuant to Local Rule 8-3:

WHEREAS, Plaintiffs filed their Complaint (“Complaint”) in this action on January 11, 2024;

WHEREAS, NAYAX, LLC was served with the Complaint on March 5, 2024, making NAYAX, LLC’s response due on March 26, 2024;

[1] Only as to NAYAX, LLC as set forth in Stipulation.

WHEREAS, the proof of service for NAYAX, LTD. (D.I. 13) was filed in error as NAYAX, LTD. is an international entity that may not be served at any United States address under Federal Rule of Civil Procedure 4, but the parties agree that the Waiver of Service (D.I. 14) is effective, making NAYAX, LTD.'s response due on May 7, 2024;

WHEREAS, Defendants intend to respond for both entities at the same time such that the earliest response deadline is, as a practical matter, the effective response deadline for both entities;

WHEREAS, Defendants have raised issues regarding the sufficiency of certain aspects of the Complaint, and Plaintiffs are considering whether to agree to amend the Complaint, but Plaintiffs need additional time to consider and potentially make such amendments;

WHEREAS, the Parties are cognizant of the directives in Judge Scarsi's Standing Order regarding conferring in good faith regarding any potential defects in a Complaint and the need to seek approval for stipulations in a timely manner;

WHEREAS, in view of the Parties' efforts to confer regarding potential amendments to the Complaint, good cause exists to extend the deadline for Defendants to respond by 30 days pursuant to L.R. 8-3 up to April 25, 2024.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants that Defendants shall have a 30-day extension of time to file a responsive pleading. In accordance with Judge Scarsi's Standing Order, the Parties respectfully request entry of an order approving this stipulation.

Dated: March 19, 2024

Respectfully submitted,

By: ______________________________
Law Offices of Mandana Jafarinejad, P.C.
Mandana Jafarinejad
Attorneys for Plaintiff